37798.   HODGES, by Next Friend *v.* GAY.

Townsend, Judge. 1. Special grounds of a motion for new trial complaining that the court failed to charge on certain control-

ling issues in the case, but which neither set forth in substance any pleadings or evidence raising such issues, nor refer to and identify the same by page number in the record, are too incomplete for consideration by this court. *Maxwell* v. *Hollis,* 214 *Ga.* 358 (104 S. E. 2d 893); *Kirby* v. *Whitlock-Dobbs, Inc.,* 97 *Ga. App.* 159 (3) (102 S. E. 2d 631); *Brewer* v. *Henson,* 96 *Ga. App.* 501 (100 S. E. 2d 661); *Hartsfield* v. *Hartsfield,* 87 *Ga. App.* 707 (2) (75 S. E. 2d 276).

2. The general grounds of the motion for new trial, not being argued or insisted upon, are treated as abandoned.

The trial court did not err in denying the motion for new trial.

*Judgment affirmed. Gardner, P. J., and Carlisle, J., concur.*

DECIDED SEPTEMBER 21, 1959.

James R. Venable, for plaintiff in error.
Zachary & Hunter, W. E. Zachary, John C. Hunter, contra.